**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------x Civil Action No.: CV-04-5012(FB)(JMA)

UNITED STATES OF AMERICA,  §
  §
          Plaintiff,  §
  - against-  §
  §
MARIE ANTOINETT DELPRIORE  §
aka ANTOINETTE DERGENOV,  §
  §
          Defendant.  §
------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 27 2005 ★

**BROOKLYN OFFICE**

### DEFAULT JUDGMENT

Because Marie Antoinett Delpriore failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Marie Antoinett Delpriore:

**Claim No. C99-05248W**

| | |
|---|---|
| Principal Balance: | $1,621.87 |
| Total Interest Accrued at 8.260%: | $790.62 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $2,592.49 |

**Claim No. C99-05249W:**

| | |
|---|---|
| Principal Balance: | $2,440.44 |
| Total Interest Accrued at 8.980%: | $2,017.89 |
| Subtotal: | $4,458.33 |

| | |
|---|---|
| **Grand Total of All Claims**: | $7,050.82 |
| Attorney's Fees: | $750.00 |
| Total Owed: | $7800.82 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
     5|23, 2005

                           Frederic Block
                           United States District Judge